**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6773**

TREVOR REED,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

              Defendant - Appellee,

        and

F.B.O.P.; J. FAJARDO, Prison Official,

              Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:14-cv-00247-LMB-IDD)

Submitted: September 30, 2015        Decided: October 21, 2015

Before NIEMEYER, SHEDD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Trevor Reed, Appellant Pro Se.   Kimere Jane Kimball, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Reed appeals the district court's order denying relief on his medical malpractice claim brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671–2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reed v. United States, No. 1:14-cv-00247-LMB-IDD (E.D. Va. Mar. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED